IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY LEE,

    Plaintiff,

v.

                              Case No. 16-cv-524-wmc

HEATH PARSHALL,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Heath Parshall in accordance with the jury's verdict.

Approved as to form this 19th day of June, 2019.

_____
William M. Conley
District Judge

_____    6/19/19
Peter Oppeneer                             Date
Clerk of Court