# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

**ANTHONY M. LEE,**

  Plaintiff,

v.

                Case No. 16-cv-524-wmc

**HEATH PARSHALL,**

  Defendant.

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

  Notice is hereby given that Anthony Lee, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered by the District Court and docketed by the Clerk of Court on June 19, 2019, in favor of Defendant Heath Parshall and against Plaintiff Anthony Lee.

  Dated this 18th day of July, 2019.

                **MURPHY DESMOND S.C.**
                Attorneys for Plaintiff Anthony Lee


                By: _/s/Timothy J. Casper_
                  Timothy J. Casper
                  State Bar Number: 1012944
                  33 East Main Street, Suite 500
                  P.O. Box 2038
                  Madison, WI 53701-2038
                  (608) 257-7181